**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **09−74955−FJS**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 11/30/09 and was converted to a case under chapter 7 on 10/16/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joseph Daniel Walsh Sr.
3404 Louise James Court
Chesapeake, VA 23323−1243

| | |
|---|---|
| Case Number: 09−74955−FJS<br>Office Code: 2 | Last four digits of Social−Security or Individual Taxpayer−ID(ITIN) No(s)./Complete EIN:<br>xxx−xx−0698 |
| Attorney for Debtor(s) (name and address):<br>Peter F. Herrick<br>Herrick & Hay, P.C.<br>1403 Greenbrier Parkway<br>Suite 205<br>Chesapeake, VA 23320<br>Telephone number: 757−547−4477 | Bankruptcy Trustee (name and address):<br>Carolyn L. Camardo<br>Chapter 7 Trustee<br>5101 Cleveland Street, Suite 200<br>Virginia Beach, VA 23462<br>Telephone number: (757) 490−2200 |

### Meeting of Creditors:
Date: **11/12/13**     Time: **03:00 PM**
Location: **Office of the U.S. Trustee, 200 Granby Street, Room 120, Norfolk, VA 23510**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**1/13/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>600 Granby St., Room 400<br>Norfolk, VA 23510 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24−hour case information:**<br>Toll Free 1−866−222−8029 | Date: October 17, 2013 |

## EXPLANATIONS   B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Norfolk. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Norfolk. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.
**PHOTOCOPIES:** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.
**PAYMENT OF FEES FOR NEWPORT NEWS CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:**
**Newport News:** non−debtor's check, money order, cashier's check or any authorized non−debtor's credit card; for security reasons, no cash accepted at Newport News location.
**Norfolk:** same as above; however cash is accepted.
*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                              Case No. 09-74955-FJS
Joseph Daniel Walsh, Sr.                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8          User: griffinv          Page 1 of 2          Date Rcvd: Oct 17, 2013
                              Form ID: B9A            Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2013.
```
db              Joseph Daniel Walsh, Sr.,    3404 Louise James Court,    Chesapeake, VA 23323-1243
aty            +D. Carol Sasser,    Samuel I. White, P.C.,    5040 Corporate Woods Dr.,    Suite 120,
                 Virginia Beach, VA 23462-4377
aty            +Hilary B. Bonial,    National Bankruptcy Services, LLC,    9441 LBJ Freeway, Suite 250,
                 Dallas, TX 75243-4640
aty            +Susan C. Meyer,    Shapiro Brown & Alt, LLP,    236 Clearfield Avenue, Suite 215,
                 Virginia Beach, VA 23462-1893
cr              JPMorgan Chase Bank, N.A. successor by merger to C,    Mail Code LA4-5555 - 700 Kansas Lane,
                 Monroe, LA   71203
12038283       +ANESTHESIA SPECIALISTS,    138 S. ROSEMONT RD., SUITE 215,    VIRGINIA BEACH, VA 23452-4336
9569599        +CHASE HOME FINANCE, LLC.,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
12038296       +CHESAPEAKE GENERAL HOSPITAL,    PO BOX 791265,    BALTIMORE, MD 21279-1265
11251646       +Capital One, N.A.,    Bass & Associates, P.C.,    3696 E. Ft. Lowell, Rd., Suite 200,
                 Tucson, AZ 85716
9337200         Chase,   P.O. Box 78035,    Phoenix, AZ 85062-8035
9337201        +Chase,   c/o Jaime Dimon, CEO,    8901 E. Mountain View Rd, #215,    Scottsdale, AZ 85258-4424
9418611        +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
9337202         Chase Home Finance,    P.O. Box 78420,    Phoenix, AZ 85062-8420
9337203        +Chase Home Finance,    c/o Jamie Dimon, President,    8901 E. Mountain View Rd. #215,
                 Scottsdale, AZ 85258-4424
9570802        +Chase Home Finance, LLC,    c/o Shapiro & Burson, LLP,    236 Clearfield Avenue, Suite 215,
                 Virginia Beach, VA 23462-1893
9337204        +Chesapeake General Hospital,    P.O. Box 2028,    Chesapeake, VA 23327-2028
9337205         Children’s Surgical Specialty,    Group,    P.O. Box 631617,    Baltimore, MD 21263-1617
9337206        +Childrens Hospital of Kings,    Daughters,    601 Childrens Lane,    Norfolk, VA 23507-1910
9337207        +Citbank / Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
12038288       +DR. MOHIB GHOBRIAL,    109 WIMBLEDON SQUARE,    CHESAPEAKE, VA 23320-4945
12038292       +EASTERN SHORE AMBULANCE, INC.,    PO BOX 538194,    ATLANTA, GA 30353-8194
9337216        +HSBC,   c/o Beverly L. Crump, R.A.,    11 South 12th Street,    Richmond, VA 23219-4053
9337213         Home Furnishings Credit,    P.O. Box 12812,    Norfolk, VA 23541-0812
9337214        +Home Furnishings Credit CO.,    C/o E J Sterlitz, Pres,    5324 Virginia Beach Blvd,
                 Virginia Beach, VA 23462-1828
9571471         JPMorgan Chase Bank,    H. E. Bankruptcy Department,    PO Box 24785,    Columbus, OH 43224-0785
10467811        JPMorgan Chase Bank, N.A.,    Chase Records Center,    Mail Code LA4-5555 - 700 Kansas Lane,
                 Monroe, LA 71203
12038298       +LABCORP,    PO BOX 2240,    BURLINGTON, NC 27216-2240
12038293       +MID ATLANTIC CARDIOTHORACIC SURGEONS,    600 GREHSAM DRIVE, SUITE 8600,    NORFOLK, VA 23507-1904
9337220        +Nora L. Walsh,    3404 Louise James Court,    Chesapeake, VA 23323-1243
12038294       +SENTARA HEALTHCARE,    PO BOX 791168,    BALTIMORE, MD 21279-1168
12038290       +SENTARA HEALTHCARE,    535 INDEPENDENCE BLVD., SUITE 700,    CHESAPEAKE, VA 23320-5192
12038289       +SENTARA HEALTHCARE,    PO BOX 1875,    NORFOLK, VA 23501-1875
12038295       +SENTARA MEDICAL GROUP,    PO BOX 179,    NORFOLK, VA 23501-0179
12038286       +SENTARA NORFOLK GENERAL HOSPITAL,    600 GRESHAM DRIVE,    NORFOLK, VA 23507-1999
12038287       +TIDEWATER KIDNEY SPECIALISTS,    4560 SOTH BLVD., SUITE 202,    VIRGINIA BEACH, VA 23452-1160
12038285       +VIRGINIA DEPARTMENT OF TAXATION,    PO BOX 2156,    RICHMOND, VA 23218-2156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +EDI: BASSASSOC.COM Oct 18 2013 02:23:00      Patti H. Bass,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
aty             E-mail/Text: Paralegal@herrickandhay.com Oct 18 2013 02:32:34      Peter F. Herrick,
                 Herrick & Hay, P.C.,    1403 Greenbrier Parkway,   Suite 205,   Chesapeake, VA  23320
tr             +EDI: BCLCAMARDO.COM Oct 18 2013 02:23:00      Carolyn L. Camardo,    Chapter 7 Trustee,
                 5101 Cleveland Street, Suite 200,    Virginia Beach, VA 23462-6577
cr             +EDI: BASSASSOC.COM Oct 18 2013 02:23:00      Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
9337197         E-mail/Text: bankruptcy@bbandt.com Oct 18 2013 02:34:36      BB&T Bank,    P.O. Box 819,
                 Wilson, NC 27894-0000
9474249        +E-mail/Text: bankruptcy@bbandt.com Oct 18 2013 02:34:37      BB&T Bankruptcy Section,
                 PO Box 1847,    Wilson, NC 27894-1847
12038297       +E-mail/Text: acooper@cval.org Oct 18 2013 02:39:10      CARDIOVASCULAR ASSOCIATES, LT,
                 5700 CLEVELAND STREET, SUITE 228,    VIRGINIA BEACH, VA 23462-1752
9337199         EDI: CAPITALONE.COM Oct 18 2013 02:23:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
9337198         EDI: CAPITALONE.COM Oct 18 2013 02:23:00      Capital One,    P.O. Box 105474,
                 Atlanta, GA 30348-5474
9525037         EDI: CAPITALONE.COM Oct 18 2013 02:23:00      Capital One Bank (USA), N.A.,
                 by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC  28272-1083
9337208        +EDI: CITICORP.COM Oct 18 2013 02:23:00      Citibank,    P.O. Box 183051,    Columbus, OH 43218-3051
9337209        +EDI: CITICORP.COM Oct 18 2013 02:23:00      Citibank,    P.O. Box 653084,    Dallas, TX 75265-3084
9337210        +EDI: CITICORP.COM Oct 18 2013 02:23:00      Citibank,    P.O. Box 653095,    Dallas, TX 75265-3095
9366424         EDI: TSYS2.COM Oct 18 2013 02:23:00      DEPARTMENT STORES NATIONAL BANK/MACY’S,
                 NCO FINANCIAL SYSTEMS, INC.,    PO BOX 137,    COLUMBUS, GA  31902-0137
9348043         EDI: DISCOVER.COM Oct 18 2013 02:23:00      DISCOVER BANK,    DFS Services LLC,    PO Box 3025,
                 New Albany, Ohio  43054-3025
```

```
District/off: 0422-8          User: griffinv              Page 2 of 2                  Date Rcvd: Oct 17, 2013
                              Form ID: B9A               Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
9337211       EDI: DISCOVER.COM Oct 18 2013 02:23:00      Discover Card,   P.O. Box 71084,
               Charlotte, NC 28272-1084
9337212       EDI: RMSC.COM Oct 18 2013 02:23:00      GE Money Bank,    P.O. Box 981064,   El Paso, TX 79998-1064
9337217      +EDI: HFC.COM Oct 18 2013 02:23:00      HSBC,   c/o William Aldinger, CEO,   1421 Kristina Way,
               Chesapeake, VA 23320-8917
9337215      +EDI: HFC.COM Oct 18 2013 02:23:00      HSBC,   P.O. Box 15521,   Wilmington, DE 19850-5521
9410447      +EDI: BASSASSOC.COM Oct 18 2013 02:23:00      HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
12038284     +EDI: IRS.COM Oct 18 2013 02:23:00      INTERNAL REVENUE SERVICE,   PO BOX 7346,
               PHILADELPHIA, PA 19101-7346
9337218       EDI: CBSKOHLS.COM Oct 18 2013 02:23:00      Kohl's,   P.O. Box 2983,   Milwaukee, WI 53201-2983
9337219       EDI: TSYS2.COM Oct 18 2013 02:23:00      Macy's,   P.O. Box 689195,   Des Moines, IA 50368-9195
9440842      +EDI: PRA.COM Oct 18 2013 02:23:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,   POB 41067,   NORFOLK VA 23541-1067
9337196      +E-mail/Text: ustpregion04.no.ecf@usdoj.gov Oct 18 2013 02:40:16     US Trustee,
               Federal Bldg., Room 625,   200 Granby Street,   Norfolk, VA 23510-1814
12038291      E-mail/Text: vci.bkcy@vwcredit.com Oct 18 2013 02:36:45     VOLKSWAGEN CREDIT,   PO BOX 7532,
               LIBERTYVILLE, IL 60048
9337221       E-mail/Text: vci.bkcy@vwcredit.com Oct 18 2013 02:36:45     Volkswagon Credit,   P.O. Box 3,
               Hillsboro, OR 97123-0003
9362605      +E-mail/Text: vci.bkcy@vwcredit.com Oct 18 2013 02:36:45     VW Credit, Inc.,   PO BOX 829009,
               Dallas, TX 75382-9009
                                                                                             TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              VW Credit Leasing, Ltd.
cr*            +CHASE HOME FINANCE, LLC,   c/o SHAPIRO & BURSON, LLP,   236 Clearfield Avenue, Ste 215,
                 Virginia Beach, VA 23462-1893
cr*            +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
                 Tucson, AZ 85712-1083
cr*            +VW Credit, Inc.,   PO Box 829009,   Dallas, TX 75382-9009
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2013 at the address(es) listed below:
```
              Carolyn L. Camardo    ch7clc@hjlaw.com, va05@ecfcbis.com
              D. Carol Sasser    on behalf of Creditor    VW Credit Leasing, Ltd. dsasser@siwpc.com,
               rjones@siwpc.com;ECFVB1@siwpc.com;ECFVB2@siwpc.com;ECFVB3@siwpc.com
              Hilary B. Bonial    on behalf of Creditor    VW Credit, Inc. notice@bkcylaw.com
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Peter F. Herrick    on behalf of Debtor Joseph Daniel Walsh, Sr. Paralegal@herrickandhay.com
              Susan C. Meyer    on behalf of Creditor    CHASE HOME FINANCE, LLC vabecf@logs.com
                                                                                             TOTAL: 7
```